**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-7006**

---

JERRY CHARLES SMITH,

        Petitioner - Appellant,

    v.

H.L. RAY,

        Respondent - Appellee.

---

Appeal from the United States District Court for the Northern District of West Virginia, at Wheeling.  John Preston Bailey, District Judge.  (5:24-cv-00131-JPB)

---

Submitted:  November 25, 2025                Decided:  December 1, 2025

---

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Jerry Charles Smith, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Charles Smith, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on Smith's 28 U.S.C. § 2241 petition. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Smith v. Ray*, No. 5:24-cv-00131-JPB (N.D. W. Va. Sept. 26, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*